177 A.3d 113

JOVSIM LLC, PLAINTIFF–MOVANT, v. NEW BRUNSWICK
CITY, DEFENDANT–RESPONDENT.

M–4L7 September Term 2017
080176

December 8, 2017

ORDER

It is ORDERED that the motion for leave to appeal is denied.

177 A.3d 113

CAROLYN GILLIAM, PLAINTIFF–PETITIONER, v.
ATRIUM AT PRINCETON, LLC, T/A ATRIUM
HEALTH, DEFENDANT–RESPONDENT.

C–399 September Term 2017
079970

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002514–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.